UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY COWAN, | Case No. 1:19-cv-00745-DAD |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER APPOINTING COUNSEL |
| RONALD DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

On May 28, 2019, petitioner Robert Wesley Cowan, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing applications for appointment of counsel to represent him, stay of execution and to proceed *in forma pauperis*.

On May 29, 2019, the court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel, denying without prejudice petitioner's application for stay of execution and granting petitioner's application to proceed *in forma pauperis*.

On May 31, 2019, the Selection Board recommended that the Federal Defender be appointed as sole counsel to represent petitioner. The court will adopt that recommendation.

Accordingly,

1.    The Federal Defender is appointed as counsel to represent petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).

2.    The Clerk of the Court is directed to file under seal the Selection Board's May 31, 2019 letter to the court.

3.    The Clerk of the Court is directed to serve copies of this order on the Federal Defender, 801 I Street, 3rd Floor, Sacramento, California, 95814, (Ph.) 916-498-6666, (Fax.) 916-498-6656, (Email) kelly_culshaw@fd.org; Ron Davis, Warden of San Quentin State Prison, San Quentin, CA 94964; and Kenneth Sokoler, Supervising Deputy Attorney General, 1300 I Street, 14th Floor, Sacramento, California, 95814, (Ph.) 916-324-2785, (Fax.) 916-324-2960, (Email) kenneth.sokoler@doj.ca.gov.

IT IS SO ORDERED.

Dated:   **June 5, 2019**

_____
UNITED STATES DISTRICT JUDGE