UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY COWAN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-00745-DAD<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br>Date: September 30, 2019<br>Time: 1:30<br>Courtroom: 5<br>Judge: Hon. Dale A. Drozd |

On May 28, 2019, petitioner Robert Wesley Cowan, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing applications for appointment of counsel to represent him, stay of execution and to proceed *in forma pauperis*.

On May 29, 2019, the court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel, denying without prejudice petitioner's application for stay of execution and granting petitioner's application to proceed *in forma pauperis*.

1

On June 6, 2019, the court appointed the Federal Defender to represent petitioner in this proceeding.

Accordingly,

1. On September 30, 2019 at 1:30 p.m., the undersigned will hold a case management conference.[1] The parties may appear by teleconference. Counsel are directed to contact the court's Courtroom Deputy Clerk, Ms. Jami Thorp, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

2. Petitioner's counsel shall be prepared to discuss the due date for filing the federal habeas petition pursuant to 28 U.S.C. § 2254 and any intention of seeking tolling.

3. Respondent's counsel shall be prepared to discuss a date for filing the answer or other responsive pleading as well as setting a date for electronic lodging of the state court record as described in Local Rule 191(h)(1) and consistent with the timeframe provided therein. The court's expectation regarding lodging the state record is that:

    a. Respondent's counsel shall file a Notice of Lodging and lodge the state court record in electronic (optical character recognition) format on the court's electronic filing system, each item of the state court record shall be lodged as an attachment to the Notice of Lodging, for each separate attachment the Notice of Lodging shall identify the attachment number and the Bate-stamp numbers and the name of that part of the record including its internal pagination if any, the identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging, to the extent possible each separate paper volume of the state court record shall be lodged as one attachment,

---

[1] If this date is not convenient for counsel, they may consult with the undersigned's courtroom deputy to arrange a different date for the conference.

        b.      State sealed records shall be lodged in paper form, and

        c.      Respondent's counsel need not lodge the state court record on CDs and courtesy copies on CD are not required.

IT IS SO ORDERED.

Dated: **June 14, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE