# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY COWAN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:19-cv-00745-DAD<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

The undersigned held an initial case management conference on September 30, 2019 at 1:30 p.m. in Department 5. Assistant Federal Defenders Jennifer Mann and Alyssa Mack appeared for petitioner, Robert Wesley Cowan. Deputy Attorney General Lewis Martinez appeared for respondent, Ronald Davis. All counsel appeared telephonically.

As stated on the record and for good cause shown, the court sets the following schedule:

1. By May 15, 2020, unless a different date is subsequently ordered by the court, petitioner shall file the petition pursuant to 28 U.S.C. § 2254.

2. References to the state court record in the petition shall use the identification system set out in the Notice of Lodging, described below. Each reference shall thus include the docket number for the Notice of Lodging, the attachment

number, and the Bate-stamp numbers followed, in parentheses, by the abbreviated name of the volume of the record and any internal pagination. For example, if the Notice of Lodging appears as electronic court filing number 40 and the first attachment is the first 300 pages of the Clerk's Transcript on Appeal, the citation form would be "Doc. No. 40-1, AG00001-AG00300 (CT 1-300)."

3. By December 30, 2019, respondent shall file a Notice of Lodging and lodge with the court the state court record as specified below.

    a. The lodged record shall meet the following requirements:

        (i) It shall contain (a) transcripts of the state trial court proceedings; (b) appellant's and respondent's briefs on direct appeal to the California Supreme Court, and the opinion or orders of that Court; and (c) petitioner's and respondent's briefs in any state court habeas corpus proceedings, and all opinions, orders and transcripts of such proceedings.

        (ii) The entire record shall be Bate-stamped. Bate-stamp numbering shall be in the format AG00001, AG00002, etc. to distinguish it from other numbering systems in the record.

        (iii) The entire record shall be scanned.

        (iv) The entire record shall be converted to an optical character recognition (OCR) format.

        (v) State sealed documents shall be lodged in paper form.

    b. The Notice of Lodging shall be filed on the court's electronic filing system. Each item of the state court record shall be lodged as an attachment to the Notice of Lodging. For each separate attachment, the Notice of Lodging shall identify the attachment number, the Bate-stamp numbers, and the name of that part of the record, including its internal pagination, if any. For example, the attachment identified above in

|   |   |   |
|---|---|---|
| 1 | | paragraph 2 would be listed in the Notice of Lodging as: "Attachment |
| 2 | | #1, AG00001-AG00300 (Clerk's Transcript 1-300)." The identical |
| 3 | | identifying information shall also be included as the docket title of each |
| 4 | | electronically lodged attachment to the Notice of Lodging. To the extent |
| 5 | | possible, each separate paper volume of the state court record shall be |
| 6 | | lodged as one attachment. |
| 7 | c. | The state court record need not also be lodged on CDs, and courtesy |
| 8 | | copies on CD are not required. |
| 9 | 4. | Respondent shall file his answer to the federal petition, including all substantive |
| 10 | | and procedural defenses, by not later than six (6) months after the filing date of |
| 11 | | the petition. |
| 12 | 5. | The court anticipates the issuance of a further scheduling order after |
| 13 | | respondent's answer is filed. |

IT IS SO ORDERED.

Dated: **October 1, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE