UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY COWAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent.[1] | Case No.  1:19-cv-00745-DAD<br><br>DEATH PENALTY CASE<br><br>STIPULATED ORDER CONTINUING THE DATE TO FILE JOINT EXHAUSTION STATEMENT |

On December 15, 2021, the parties through their respective counsel, Jennifer Mann and Alyssa Mack, Assistant Federal Defenders representing petitioner, and Lewis Martinez, Deputy Attorney General representing respondent, filed a stipulation to continue the court's January 7, 2022 date to file the joint exhaustion statement to February 7, 2022. (Doc. No. 49.) This continuance, the parties' first, is necessary due to counsel's scheduled vacations during the holiday period, December 20-31, 2021.

The Court finds good cause to modify its case schedule pursuant to the parties' stipulation.

---

[1] Ron Broomfield, Warden of San Quentin State Prison, is substituted for Ronald Davis, former Warden of San Quentin State Prison, pursuant to Federal Rules of Civil Procedure, Rule 25(d).

1

Accordingly, the joint exhaustion statement is now due February 7, 2022.  The court's December 8, 2021 order regarding exhaustion and abeyance (Doc. No. 48) otherwise remains in full force and effect.

IT IS SO ORDERED.

Dated:  **December 20, 2021**              /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE