# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY COWAN, | Case No. 1:19-cv-00745-ADA |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT |
| BRIAN CATES, Warden of the California Correctional Institution, | |
| Respondent. | |

A review of the record reflects that on July 13, 2022, the Court issued an order staying this federal proceeding and holding it in abeyance of state exhaustion proceedings, with Petitioner to file the state exhaustion petition by not later than August 12, 2022. (Doc. No. 56.) The Court, on July 29, 2022, issued an order granting Petitioner's request to extend the deadline for filing his state exhaustion petition to and including September 11, 2022. (Doc. No. 58.)

The Court, in order to ensure proper case management, directs that counsel for Petitioner file a report on the status of the state court proceedings by not later than 30 (thirty) days following service of this order.

/////

/////

/////

1

1  The Court's noted prior orders continue in full force and effect.

4  IT IS SO ORDERED.

5  Dated: <u>November 11, 2022</u>

                                              UNITED STATES DISTRICT JUDGE