# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WESLEY COWAN, | Case No. 1:19-cv-0745 KES |
| Petitioner, | ORDER DIRECTING PETITIONER'S COUNSEL TO FILE STATUS REPORT |
| v. | WITHIN 30 DAYS |
| BRIAN CATES, Warden of California Correctional Institution, | |
| Respondent. | |

Petitioner Robert Wesley Cowan proceeds with a petition for writ of habeas corpus under 28 U.S.C. § 2254. *See* Doc. 41. The Court determined his amended petition contained unexhausted claims and stayed this matter pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), holding it in abeyance for state exhaustion proceedings. Doc. 56. On November 16, 2022, Petitioner reported that he "filed his exhaustion petition in Kern County Superior Court on September 12, 2022." Doc. 61 at 2. At that time, he also reported the state court had not taken any action on the petition. *Id.*

Petitioner has not filed any information regarding his exhaustion petition since November 2022. The Court lacks any information regarding the case number before the Superior Court, the status of the petition, or whether it is appropriate to lift the stay in this action and proceed to merits of the pending petition. *See generally* Doc. 61.

///

1

The Court **ORDERS**: Petitioner **SHALL** file a report regarding the state exhaustion petition, including identification of the case number and status of the state proceedings, **within thirty (30) days** of service of this order.

IT IS SO ORDERED.

Dated:    April 7, 2026

_____
UNITED STATES DISTRICT JUDGE